AO (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9/26/06 |
| NAME OF SERVER (PRINT) JOHN A GARBER | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and decision than reside therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED CIBA SPECIALTY CHEMICALS CORP BY SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO AT 2711 CENTERVILLE RD, WILM DE 19808 AT 12:30PM PERSON ACCEPTING SERVICE : MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/06
               Date

Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SL1 668244v1/000000.00000

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3V, INC., a Delaware corporation<br><br>    Plaintiff,<br><br>vs.<br><br>CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware corporation,<br><br>    Defendant. | Civil Action No. 06-593 |

TO:    Ciba Specialty Chemicals Corporation
C/o The Corporation Service Company
2711 Centreville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Joseph Grey, Esquire
1105 North Market Street
Suite 700
Wilmington, DE 19801

Quentin R. Corrie, Esquire
Birch, Stewart, Kolasch & Birch, LLP
Suite 100 East
8110 Gatehouse Road
Falls Church, VA 22042

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

9/25/06

CLERK:    Peter T. Dalleo

DATE:    September ___, 2006

_____
(BY) DEPUTY CLERK

SL1 668244v1/000000.00000