IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-00593-JJF |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Quentin R. Corrie, Esq. and Raymond C. Stewart, Esq. of Birch, Stewart,

Kolasch & Birch, L.L.P. to represent 3V, Inc. in this matter.

Respectfully submitted,

3V, Inc.

By Counsel

Dated:  December 14, 2006          STEVENS & LEE, P.C.


By:   */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Telecopier:  (302) 654-5181
E-Mail:  jg@stevenslee.com


*Counsel for 3V, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-00593-JJF |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATION OF QUENTIN R. CORRIE, ESQ. IN SUPPORT
OF ADMISSION *PRO HAC VICE*

I, Quentin R. Corrie, Esq., of full age, hereby certify as follows:

1.    I am an attorney with the law firm of Birch, Stewart, Kolasch & Birch, L.L.P. ("BSKB"), 8110 Gatehouse Road, Suite 100 East, Falls Church, Virginia 22042. BSKB does not maintain an office in the State of Delaware.

2.    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and a member in good standing of the Bars of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: December 12, 2006

Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-00593-JJF |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATION OF RAYMOND C. STEWART, ESQ. IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Raymond C. Stewart, Esq., of full age, hereby certify as follows:

1.      I am an attorney with the law firm of Birch, Stewart, Kolasch & Birch, L.L.P. ("BSKB"), 8110 Gatehouse Road, Suite 100 East, Falls Church, Virginia 22042. BSKB does not maintain an office in the State of Delaware.

2.      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and a member in good standing of the Bars of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: December 12, 2006

Raymond C. Stewart
Birch, Stewart, Kolasch & Birch, L.L.P.
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-00593-JJF |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is

granted.  Quentin R. Corrie, Esquire and Raymond C. Stewart, Esquire are hereby admitted to

represent Plaintiff 3V, Inc., pursuant to Rule 83.5 of the Local Rules of Civil Procedure of the

United States District Court for the District of Delaware.


Date: _____        _____
                                      Joseph J. Farnan, Jr.
                                      United States District Judge

SL1 687193v1/101873.00001

CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on the fourteenth day of December, 2006, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Motion to be served on the Defendant by first class, United States mail, postage prepaid and addressed to Defendant's counsel as follows:

Chad M. Shandler, Esquire
Richards Layton & Finger
One Rodney Square, 10th Floor
P.O. Box 551
Wilmington, DE  19899

Alan E.J. Branigan, Esquire
Brion Heaney, Esquire
Michael Culver, Esquire
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA  22201

                                    /s/ Joseph Grey
                                   Joseph Grey

SL1 687193v1/101873.00001