IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00593-JJF |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Defendants | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00629-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00672-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 20, 2007 true and correct copies of Plaintiff Ciba Specialty Chemicals Corporation's Fed. R. Civ. P. 26(a)(1) Initial Disclosures were served on counsel in the following manner:

RLF1-3129271-1

**BY HAND by Chad M. Shandler, Esq. of Richards, Layton & Finger, P.A.:**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

**BY HAND by Alan E.J. Branigan, Esq. of Millen White Zelano & Branigan, P.C.:**

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

                                                    Frederick L. Cottrell, III (#2555)
                                                    (Cottrell@rlf.com)
                                                    Chad M. Shandler (#3796)
                                                    (Shandler@rlf.com)
                                                    Richards, Layton & Finger
                                                    One Rodney Square, P.O. Box 551
                                                    Wilmington, DE 19899
                                                    (302) 651-7700
                                                    Attorneys for CIBA Specialty Chemicals
                                                    Corporation

Dated: March 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### HAND DELIVERY:

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE  19801


I hereby certify that on March 21, 2007, I have served by Federal Express the foregoing Notice of Service to the following non-registered participants:

### FEDERAL EXPRESS:

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA  22040-0747

Chad M. Shandler (#3796)
shandler@rlf.com