# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

June 29, 2007

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   **3V, Inc. v. CIBA Specialty Chemicals Corporation, C.A. No. 06-00593-JJF;
CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00629; and
CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00672**

Dear Judge Farnan:

Enclosed herewith please find the Stipulation and Order of Confidentiality agreed to by the parties in the above matter. The parties respectfully request that Your Honor sign the enclosed Order at the convenience of the Court. Should Your Honor have any questions or concerns, counsel remains available at the Court's convenience.

Respectfully submitted,

/s/ *Chad M. Shandler*

Chad M. Shandler (#3796)

CS:ps
Enclosure
cc:   Clerk of Court (via e-filing)
      Joseph Grey, Esq. w/ enclosure (via hand delivery)

RLF1-3172502-1