## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **3V, INC.**, a Delaware Corporation,<br><br>            **Plaintiff**<br><br>            v.<br><br>**CIBA SPECIALTY CHEMICALS CORPORATION**, a Delaware Corporation,<br><br>            **Defendant.** | C.A. No. 06-00593-JJF |
| **CIBA SPECIALTY CHEMICALS CORPORATION**, a Delaware Corporation,<br><br>            **Cross-Plaintiff**<br><br>            v.<br><br>**3V, INC.**, a Delaware Corporation,<br><br>            **Cross-Defendant.** | C.A. No. 06-00629-JJF |
| **CIBA SPECIALTY CHEMICALS CORPORATION**, a Delaware Corporation,<br><br>            **Plaintiff**<br><br>            v.<br><br>**3V, INC.**, a Delaware Corporation,<br><br>            **Defendant.** | C.A. No. 06-672-JJF |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that, pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the law firm of Birch, Stewart, Kolasch & Birch, LLP hereby withdraws its appearance in

the above-captioned actions on behalf of 3V, Inc. and the law firm of Nexsen Pruet, LLC hereby enters its appearance on behalf of 3V, Inc. Local Counsel for 3V, Inc. shall remain unchanged.

Dated: July 6, 2007

        STEVENS & LEE, P.C.

        By: */s/ Joseph Grey*
        Joseph Grey (ID 2358)
        1105 North Market Street, Seventh Floor
        Wilmington, DE 19801
        Telephone: (302) 654-5180
        Telecopier: (302) 654-5181
        E-Mail: jg@stevenslee.com

        NEXSEN PRUET, LLC
        Angelica M. Colwell, Esquire
        205 King Street
        Suite 400
        Charleston, South Carolina, 29401
        Telephone: (843) 577-9440
        Facsimile: (843) 720-1777
        acolwell@nexsenpruet.com

        Sara Centioni Kanos, Esquire
        201 W. McBee Avenue, Suite 400
        Greenville, SC 29601
        Telephone: (864) 282-1171
        Facsimile: (864) 282-1177
        scentioni@nexsenpruet.com

CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 6th day of July, 2007, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Notice of Substitution to be served on counsel for CIBA Specialty Chemicals Corporation by first class, United States mail, postage prepaid and addressed as follows:

>Chad M. Shandler, Esquire
>Richards Layton & Finger
>One Rodney Square, 10th Floor
>P.O. Box 551
>Wilmington, DE  19899
>
>Alan E.J. Branigan, Esquire
>Millen White Zelano & Branigan, P.C.
>2200 Clarendon Boulevard
>Suite 1400
>Arlington, VA  22201

>  /s/ Joseph Grey
>Joseph Grey