# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **3V, INC., a Delaware Corporation,** ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **CIBA SPECIALTY CHEMICALS** ) <br> **CORPORATION, a Delaware Corporation,** ) <br> ) <br> Defendant. ) <br> _____) | **C.A. No. 06-00593-JJF** |
| **CIBA SPECIALTY CHEMICALS** ) <br> **CORPORATION, a Delaware Corporation,** ) <br> ) <br> Cross-Plaintiff ) <br> ) <br> v. ) <br> ) <br> **3V, INC., a Delaware Corporation,** ) <br> ) <br> Cross-Defendant. ) <br> _____) | **C.A. No. 06-00629-JJF** |
| **CIBA SPECIALTY CHEMICALS** ) <br> **CORPORATION, a Delaware Corporation,** ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **3V, INC., a Delaware Corporation,** ) <br> ) <br> Defendant. ) <br> _____) | **C.A. No. 06-672-JJF** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on August 3, 2007, counsel for 3V, Inc. served copies of its Responses to CIBA Specialty Chemicals Corporation's (CIBA's) Second Requests for Admission by sending copies of the same to CIBA's counsel at the following addresses by UPS, Second Day Air Service:

SL1 741971v1/101873.00001

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
One Rodney Square, 10th Floor
Wilmington, DE 19899

Millen White Zelano & Branigan, P.C.
Alan E.J. Branigan, Esquire
Brion Heaney, Esquire
Michael Culver, Esquire
220 Clarendon Boulevard, Ste. 1400
Arlington, VA 22201

Dated: August 7, 2007

STEVENS & LEE, P.C.

By: _/s/ Joseph Grey_
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Telecopier: (302) 654-5181
E-Mail: jg@stevenslee.com

NEXSEN PRUET, LLC
Angelica M. Colwell, Esquire
205 King Street
Suite 400
Charleston, South Carolina, 29401
Telephone: (843) 577-9440
Facsimile: (843) 720-1777
acolwell@nexsenpruet.com

Sara Centioni Kanos, Esquire
201 W. McBee Avenue, Suite 400
Greenville, SC 29601
Telephone: (864) 282-1171
Facsimile: (864) 282-1177
scentioni@nexsenpruet.com

*Attorneys for 3V, Inc.*

CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 7th day of August, 2007, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Notice of Service to be served on counsel for CIBA Specialty Chemicals Corporation by first class, United States mail, postage prepaid and addressed as follows:

> Chad M. Shandler, Esquire
> Richards Layton & Finger
> One Rodney Square, 10th Floor
> P.O. Box 551
> Wilmington, DE  19899
>
> Alan E.J. Branigan, Esquire
> Millen White Zelano & Branigan, P.C.
> 2200 Clarendon Boulevard
> Suite 1400
> Arlington, VA  22201

　　　　　　　　　　　　　　　　　　　　　／s/ Joseph Grey　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Joseph Grey