# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **3V, INC., a Delaware Corporation,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **C.A. No. 06-00593-JJF** |
| v. | ) | |
| | ) | |
| **CIBA SPECIALTY CHEMICALS** | ) | |
| **CORPORATION, a Delaware Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| **CIBA SPECIALTY CHEMICALS** | ) | |
| **CORPORATION, a Delaware Corporation,** | ) | |
| | ) | |
| Cross-Plaintiff | ) | |
| | ) | **C.A. No. 06-00629-JJF** |
| v. | ) | |
| | ) | |
| **3V, INC., a Delaware Corporation,** | ) | |
| | ) | |
| Cross-Defendant. | ) | |
| _____ | ) | |
| **CIBA SPECIALTY CHEMICALS** | ) | |
| **CORPORATION, a Delaware Corporation,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **C.A. No. 06-672-JJF** |
| v. | ) | |
| | ) | |
| **3V, INC., a Delaware Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 31, 2008, counsel for 3V, Inc. served copies of its First Requests for Admission upon CIBA Specialty Chemicals Corporation (CIBA) by sending copies of the same to CIBA's counsel at the following addresses and by the means indicated below:

SL1 781853v1/101873.00001

       Frederick L. Cottrell, III, Esquire
       Chad M. Shandler, Esquire
       One Rodney Square, 10th Floor
       Wilmington, DE 19899
       BY HAND DELIVERY

       Millen White Zelano & Branigan, P.C.
       Alan E.J. Branigan, Esquire
       Brion Heaney, Esquire
       Michael Culver, Esquire
       220 Clarendon Boulevard, Ste. 1400
       Arlington, VA 22201
       BY FEDERAL EXPRESS

Dated: January 31, 2008       STEVENS & LEE, P.C.

       By:   */s/ Joseph Grey*
       Joseph Grey (ID 2358)
       1105 North Market Street, Seventh Floor
       Wilmington, DE 19801
       Telephone: (302) 654-5180
       Telecopier: (302) 654-5181
       E-Mail: jg@stevenslee.com

       NEXSEN PRUET, LLC
       Angelica M. Colwell, Esquire
       205 King Street
       Suite 400
       Charleston, South Carolina, 29401
       Telephone: (843) 577-9440
       Facsimile: (843) 720-1777
       acolwell@nexsenpruet.com

       Sara Centioni Kanos, Esquire
       201 W. McBee Avenue, Suite 400
       Greenville, SC 29601
       Telephone: (864) 282-1171
       Facsimile: (864) 282-1177
       scentioni@nexsenpruet.com

       *Attorneys for 3V, Inc.*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 31st day of January, 2008, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Notice of Service to be served on counsel for CIBA Specialty Chemicals Corporation by the means indicated below:

>Chad M. Shandler, Esquire
>Richards Layton & Finger
>One Rodney Square, 10th Floor
>P.O. Box 551
>Wilmington, DE  19899
>BY HAND DELIVERY
>
>Alan E.J. Branigan, Esquire
>Millen White Zelano & Branigan, P.C.
>2200 Clarendon Boulevard
>Suite 1400
>Arlington, VA  22201
>BY FEDERAL EXPRESS

>/s/ Joseph Grey
>Joseph Grey