# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 00593-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-672-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | C.A. No. 06-00629-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Cross-Defendant. | ) | |
| | ) | |

## CIBA'S NOTICE OF PROPOSED FACT WITNESSES

COMES NOW, CIBA Specialty Chemical's Corporation ("CIBA"), by counsel, and sets forth its presently proposed list of fact witnesses to testify about, among other things, the indicated subject matter as follows:

1.    Dr. James P. Galbo
      CIBA
      To testify, about the subject matter of Declaration submitted as Gugumus
      Exhibit 20014 in Interference No. 105,262.

2.    Dr. Huayi Tong
      CIBA
      To testify about the subject matter of Declarations submitted as Gugumus
      Exhibits 2015 and 2016 in Interference No. 105,262.

3.    Sai Ping Shum
      CIBA
      To testify about synthesis of UVASORB HA 88.

4.    Lillibeth Burke
      CIBA
      To testify about NMRs.

5.    Michael Nirsberger
      CIBA
      To testify about FT-IRs.

6.    Bogdan Piatek
      CIBA
      To testify about Mass Spectroscopy.

7.    Perla Wagan
      CIBA
      To testify about TLC.

8.    James Puckett
      CIBA
      To testify about GPC fractions.

9.    Sabina Rauh
      CIBA Spezialitatenchemie, AG
      K25.3.17
      Postfach CH-4002
      Basil, Switzerland
      To testify about involved patent applications.

10.   Dr. J.C. Rey
      CIBA Spezialitatenchemie, AG
      K25.3.17
      Postfach CH-4002
      Basil, Switzerland
      To testify about FDA documents.

11.   Mr. R. Grüther
      CIBA Spezialitatenchemie, AG

K25.3.17
Postfach CH-4002
Basil, Switzerland
To testify about FDA documents.

12.     D. Schuemmer
         CIBA Spezialitatenchemie, AG
         K25.3.17
         Postfach CH-4002
         Basil, Switzerland
         Totestify about FDA documents.

Former CIBA Employees:

13.     F. Anna Wang
         10 Cornell Drive
         Bardonia, New York 10954
         845-624-3548
         To testify about Mass Spectroscopy.

14.     Ronald Rodebaugh
         Park Condo
         8-9 Loudon Drive
         Fishkill, New York 12524
         845-896-5714
         To testify about NMRs.

         CIBA expressly reserves the right to modify and/or amend this list as

discovery proceeds and further facts are developed.

                                             Frederick L. Cottrell, III (#2555)
                                             (Cottrell@rlf.com)
                                             Chad M. Shandler (#3796)
                                             (Shandler@rlf.com)
                                             Richards, Layton & Finger
*Of Counsel:*                                One Rodney Square, P.O. Box 551
Alan E. J. Branigan                          Wilmington, DE 19899
Brion Heaney                                 (302) 651-7700
Richard J. Traverso                          Attorneys for CIBA Specialty Chemicals
Millen White Zelano & Branigan, P.C.         Corporation
2200 Clarendon Blvd.
Suite 1400
Arlington, VA 22201
(703) 312-5305

Dated:  March 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE  19801

I hereby certify that on March 28, 2008, I sent the foregoing document by electronic mail,

to the following non-registered participants:

### BY FEDERAL EXPRESS
Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA  22040-0747

_____
Chad M. Shandler (#3796)
shander@rlf.com