IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-00593-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-672-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | C.A. No. 06-00629-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

**NOTICE OF CIBA'S MOTION FOR LEAVE OF
COURT TO SERVE LIMITED DISCOVERY RELATING TO
3V'S DISCLAIMER OF ITS PATENT CLAIMS**

To:  Joseph Grey                              Angelica M. Colwell
     Stevens & Lee                            Nexsen Pruet, LLC
     1105 North Market Street, 7th Floor      205 King Street, Suite 400
     Wilmington, DE 19801                     Charleston, SC 29401

RLF1-3273109-1

PLEASE TAKE NOTICE THAT CIBA Specialty Chemicals Corporation's Motion Seeking Leave of Court to Serve Limited Discovery Relating to 3V's Discovery of its Patent Claims, dated April 15, 2008, shall be presented to the Court on June 6, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard.

                                                    /s/ *signature*
                                           Frederick L. Cottrell, III (#2555)
                                           (Cottrell@rlf.com)
                                           Chad M. Shandler (#3796)
                                           (Shandler@rlf.com)
                                           Richards Layton & Finger
                                           One Rodney Square, 10th Floor
                                           P.O. Box 551
                                           Wilmington, DE  19899
                                           (302) 651-7700
                                           *Counsel for CIBA Specialty Chemicals Corporation*

*Of Counsel:*
Alan E.J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA  22201
(703) 312-5305

Dated:  April 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | C.A. No. 06-00593-JJF | |
| ) | | |
| v. ) | | |
| ) | | |
| CIBA SPECIALTY CHEMICALS ) | | |
| CORPORATION, a Delaware Corporation, ) | | |
| ) | | |
| Defendant. ) | | |
| ————————————————) | | |
| | | |
| CIBA SPECIALTY CHEMICALS ) | | |
| CORPORATION, a Delaware Corporation, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | C.A. No. 06-00672-JJF | |
| v. ) | | |
| ) | | |
| 3V, INC., a Delaware Corporation, ) | | |
| ) | | |
| Defendant. ) | | |
| ————————————————) | | |
| | | |
| CIBA SPECIALTY CHEMICALS ) | | |
| CORPORATION, a Delaware Corporation, ) | | |
| ) | | |
| Cross-Plaintiff, ) | | |
| ) | C.A. No. 06-00629-JJF | |
| v. ) | | |
| ) | | |
| 3V, INC., a Delaware Corporation, ) | | |
| ) | | |
| Cross-Defendant. ) | | |
| ) | | |

**CIBA'S MOTION FOR LEAVE OF COURT TO SERVE LIMITED DISCOVERY
RELATING TO 3V'S DISCLAIMER OF ITS PATENT CLAIMS**

CIBA Specialty Chemicals Corporation ("CIBA") hereby moves for leave of Court to serve limited discovery on 3V, Inc. ("3V") relating to 3V's disclaimer of its patent claims.

The grounds for this Motion are fully set forth in the CIBA's opening brief, which is being filed contemporaneously with this Motion.

/s/ signature

*Of Counsel:*
Alan E.J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA 22201
(703) 312-5305

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards Layton & Finger
One Rodney Square, 10th Floor
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Counsel for CIBA Specialty Chemicals Corporation*

Dated: April 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff, | ) ) ) ) | C.A. No. 06-00593-JJF |
| v. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-00672-JJF |
| v. | ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Cross-Plaintiff, | ) ) ) | C.A. No. 06-00629-JJF |
| v. | ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Cross-Defendant. | ) ) | |

**CERTIFICATION PURSUANT TO DISTRICT COURT
OF DELAWARE LOCAL RULE 7.1.1.**

Pursuant to Local Rule 7.1.1., the undersigned counsel for CIBA Specialty Chemicals Corporation certifies that 3V, Inc. opposes the relief sought by this Motion.

RLF1-3273162-1

/s/ signature

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards Layton & Finger
One Rodney Square, 10th Floor
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Counsel for CIBA Specialty Chemicals Corporation*

*Of Counsel:*
Alan E.J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA  22201
(703) 312-5305

Dated:  April 16, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

I hereby certify that on April 16, 2008, I sent the foregoing document by Federal Express, to the following non-registered participants:

| | |
|---|---|
| Angelica M. Colwell<br>Nexsen Pruet, LLC<br>205 King Street, Suite 400<br>Charleston, SC 29401 | Sara Centioni Kanos<br>201 W. McBee Avenue, Suite 400<br>Greenville, SC 29601 |

Chad M. Shandler (#3796)
shander@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-00593-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-00672-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | C.A. No. 06-00629-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Cross-Defendant. | ) | |
| | ) | |

**ORDER**

THE COURT, having considered CIBA Specialty Chemicals Corporation's Motion For Leave of Court to Serve Limited Discovery Relating to 3V's Disclaimer of its Patent Claims, and the parties' positions related thereto,

**IT IS HEREBY ORDERED** this _____ day of June 2008 that the Motion is GRANTED and that:

A.    3V, Inc. shall be required to respond to the discovery attached to CIBA's opening brief in support of the Motion;

B.    3V shall have ten (10) days to respond to such discovery; and

C.    CIBA shall be permitted to take a 30(b)(6) deposition of 3V, Inc. relating to 3V's decision to disclaim its claims on the patents at issue; said deposition to occur within thirty (30) days of this Order.

 

_____
United States District Court Judge