# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

April 24, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   3V, Inc. v. CIBA Specialty Chemicals Corporation, C.A. No. 06-00593-JJF;
      CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00629-JJF;
      and
      **CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00672-JJF**

Dear Judge Farnan:

Pursuant to Local Rule 7.1.4, CIBA Specialty Chemicals Corporation ("CIBA") respectfully requests that Your Honor hear oral argument on 3V, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (06-00593-JJF, D.I. #34; 06-00626-JJF and 06-00672-JJF, D.I. #33,), filed with the Court on March 27, 2008. Given that new matters were raised in 3V's reply brief, CIBA will soon file with the Court a motion for leave to file a surreply. We intend to notice that motion for June 6, 2008 in accordance with the Court's procedures for resolving non-dispositive motions.

If Your Honor should have any questions, counsel remains available at the Court's convenience.

Respectfully submitted,

/s/ Chad M. Shandler

Chad M. Shandler (#3796)

CS:ps
cc:   Clerk of Court (via e-filing)
      Joseph Grey, Esq. (via hand delivery)
      Alan J. Branigan, Esq. (via electronic mail)

RLF1-3276531-1