IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-00593-JJF |
| v. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-00672-JJF |
| v. | ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Defendant. | ) ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Cross-Plaintiff, | ) ) ) | C.A. No. 06-00629-JJF |
| v. | ) ) | |
| 3V, INC., a Delaware Corporation, | ) ) | |
| Cross-Defendant. | ) ) | |

NOTICE OF MOTION FOR CIBA'S
MOTION FOR LEAVE TO FILE A SURREPLY

To: Joseph Grey
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE  19801

Angelica M. Colwell
Nexsen Pruet, LLC
205 King Street, Suite 400
Charleston, SC  29401

RLF1-3277500-1

Case 1:06-cv-00593-JJF  Document 43  Filed 04/29/2008  Page 2 of 3

PLEASE TAKE NOTICE THAT CIBA Specialty Chemicals Corporation's Motion For Leave To File A Surreply, dated April 29, 2008, shall be presented to the Court on June 6, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard.

/s/

Frederick L. Cottrell III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Counsel for CIBA Specialty Chemicals Corporation*

*Of Counsel:*
Alan E.J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA 22201
(703) 312-5305

Dated: April 29, 2008

RLF1-3277500-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE  19801

I hereby certify that on April 29, 2008, I sent the foregoing document by Federal Express, to the following non-registered participants:

| | |
|---|---|
| Angelica M. Colwell<br>Nexsen Pruet, LLC<br>205 King Street, Suite 400<br>Charleston, SC  29401 | Sara Centioni Kanos<br>201 W. McBee Avenue, Suite 400<br>Greenville, SC  29601 |

Chad M. Shandler (#3796)
shander@rlf.com