## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 28, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   3V, Inc. v. CIBA Specialty Chemicals Corporation, C.A. No. 06-00593-JJF;
   CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00629-JJF;
   **CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00672-JJF**

Dear Judge Farnan:

   We respectfully refer the Court to CIBA's Motion for Leave to File a Surreply (the "Motion") (06-00593-JJF, D.I. #42; 06-00626-JJF and 06-00672-JJF, D.I. #41), and 3V, Inc.'s response thereto (06-00593-JJF, D.I. #46; 06-00626-JJF and 06-00672-JJF, D.I. #45). It is apparent from 3V's response that it does not oppose CIBA's Motion. *See* 3V's Response at ¶ 1 ("3V sees little merit in opposing a filing that has already been put before the Court."); *see also*, 3V's Response at ¶ 7 ("3V respectfully requests that the Court put a stop to the seemingly endless cycle of briefing and take very cautious consideration of the already-submitted surreply."). While CIBA disagrees with many of the assertions contained in 3V's response, CIBA will consider its Motion unopposed and respectfully requests that the Court enter the Order attached to the Motion.

   Counsel will be prepared to address any questions that the Court may have during the June 6, 2008 hearing, which is the time set for CIBA's Motion Seeking Leave of Court to Serve Limited Discovery Relating to 3V's Disclaimer of its Patent Claims (06-00593-JJF, D.I. #37; 06-00626-JJF and 06-00672-JJF, D.I. #36).

Respectfully submitted,

*/s/ Chad M. Shandler*

Chad M. Shandler (#3796)

CS:ps
cc:   Clerk of Court (via e-filing)
   Joseph Grey, Esq. (via hand delivery)
   Alan J. Branigan, Esq. (via electronic mail)

RLF1-3287283-1