IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-00593-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-00672-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | C.A. No. 06-00629-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

**JOINT STIPULATION AND ORDER TO STAY THE PROCEEDINGS
AND SUSPEND DATES SET FORTH IN NOVEMBER 16, 2007 ORDER**

3V, Inc. ("3V") on the one side and CIBA Specialty Chemicals Corporation ("CIBA") on the other side (collectively, the "Parties") have agreed to the following terms and conditions, subject to the approval of the Court:

WHEREAS, on or about November 16, 2007, the Court entered a Second Order Modifying Rule 16 Scheduling Order (D.I. 30 [06-00593]) and (D.I. 29 [06-00629 and 06-00672]) (the "Order");

WHEREAS, the Order did not include a trial date or a date for a pretrial conference;

WHEREAS, on or about March 27, 2008, 3V filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (D.I. 34 [06-00593]) and (D.I. 33 [06-00629 and 06-00672]) in the above-captioned actions;

WHEREAS, the Motion to Dismiss is fully briefed and is pending before the Court;

WHEREAS, CIBA believes that discovery should continue pending resolution of the Motion to Dismiss;

WHEREAS, 3V believes that the Motion to Dismiss negates the need for further discovery;

WHEREAS, rather than litigate the issue of whether discovery should continue at this time, the Parties have agreed to stay the above-captioned matters and suspend all dates set forth in the Order pending the Court's resolution of the Motion to Dismiss,

**NOW THEREFORE**, the Parties stipulate and agree, subject to the approval of the Court, to stay these cases and suspend the dates set forth in the Order until such time that the Court resolves the Motion to Dismiss.

Dated: June 25, 2008					*/s/ Joseph Grey*
						Joseph Grey (#2358)
						jg@stevenslee.com
						STEVENS & LEE, P.C.
						1105 North Market Street, Seventh Floor
						Wilmington, DE 19801
						(302) 654-5180

						Angelica M. Colwell
						NEXSEN PRUET, LLC
						P.O. Box 486
						205 King Street, Suite 400
						Charleston, SC 29401
						 *Counsel for 3V, Inc.*


Dated: June 25, 2008					/s/ *Chad M. Shandler*
						Frederick L. Cottrell, III (#2555)
						cottrell@rlf.com
						Chad M. Shandler (#3796)
						shandler@rlf.com
						Richards LAYTON & FINGER
						One Rodney Square
						P.O. Box 551
						Wilmington, DE 19899
						(302) 651-77000

						Alan E.J. Branigan
						Brion Heaney
						Michael Culver
						Millen White Zelano & Branigan, P.C.
						2200 Clarendon Boulevard
						Suite 1400
						Arlington, VA 22201
						 *Attorneys for CIBA Specialty Chemicals Corporation*

**IT IS SO ORDERED** this ____ day of _____,2008

						_____
						United States District Judge