

CHAD M. SHANDLER
Director
302-651-7836
SHANDLER@rlf.com

September 5, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re:  **3V, Inc. v. CIBA Specialty Chemicals Corporation, C.A. No. 06-00593-JJF;**
          **CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00629-JJF;**
          **CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00672-JJF**

Dear Judge Farnan:

        I write in response to Mr. Grey's September 4, 2008 letter. CIBA was fully aware of the June 25, 2008 stipulation when it submitted its recent letter to Your Honor requesting a status conference. However, CIBA is also aware that the Court has not entered the stipulation and, therefore, is seeking guidance from the Court as to whether the November 2007 scheduling order remains in place in its current form or, alternatively, in some modified form. As stated in the stipulation attached to Mr. Grey's letter, CIBA agreed to a stay so as to avoid burdening the Court with unnecessary briefing. CIBA will honor that commitment if Your Honor enters the stipulation. We would welcome the opportunity to discuss the foregoing with Your Honor at a time convenient to the Court.

                            Respectfully submitted,

                            */s/ Chad M. Shandler*

                            Chad M. Shandler (#3796)

CS:ps
cc:    Clerk of Court (via e-filing)
        Joseph Grey, Esq. (via hand delivery)
        Alan J. Branigan, Esq. (via electronic mail)