IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3V, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIBA SPECIALTY CHEMICALS CORP., <br><br> Defendant. | Civil Action No. 06-593-JJF |
| CIBA SPECIALTY CHEMICALS CORP., <br><br> Plaintiff, <br><br> v. <br><br> 3V, INC., <br><br> Defendant. | Civil Action No. 06-629-JJF |
| CIBA SPECIALTY CHEMICALS CORP., <br><br> Plaintiff, <br><br> v. <br><br> 3V, INC., <br><br> Defendant. | Civil Action No. 06-672-JJF |

## O R D E R

In consideration of parties' pending proposed Stipulation To Stay Proceedings (D.I. 48 in C.A. No. 06-593, D.I. 47 in C.A. No. 06-629, D.I. 47 in C.A. No. 06-472) and the August 29, 2008 letter of counsel this matter is STAYED pending a decision on 3V's Motion to Dismiss.

IT IS SO ORDERED this 5th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE